# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL CHARLES HARRIEL, SR., | Case No.: 3:22-cv-00419-ART-CSD |
| Plaintiff | **ORDER** |
| v. | |
| RENO POLICE DEPARTMENT, et al., | |
| Defendants | |

On April 5, 2023, District Judge Traum entered an order adopting the undersigned's recommendation that Plaintiff be permitted to proceed with his Fourth Amendment claims for unlawful arrest and unlawful search against Officer Sanchez in his first amended complaint (FAC), but that such claim is stayed pending resolution of Harriel's underlying criminal case. Plaintiff was given 30 days within which to advise the court of the status of his underlying criminal case. Plaintiff was also given 30 days to file an amended complaint regarding Plaintiff's claims against Washoe County. (ECF No. 10.) Plaintiff failed to file a second amended complaint; therefore, the action is proceeding only as to the Fourth Amendment claims against Sanchez, which have been stayed pending resolution of the underlying criminal case. Plaintiff failed to file a notice updating the court on the status of his underlying criminal case. The court will give Plaintiff an additional **30 days** to file a notice advising the court of the status of his underlying criminal case. If Plaintiff fails to do so, it will be recommended that this action be dismissed without prejudice. **IT IS SO ORDERED**.

Dated: July 13, 2023

_____
Craig S. Denney
United States Magistrate Judge