UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NATHANIAL CHARLES HARRIEL, SR., | Case No. 3:22-cv-00419-ART-CSD |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 12) AND DISMISSING WITHOUT PREJUDICE |
| v. | |
| RENO POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Nathanial Charles Harriel, Sr., brings this action under 42 U.S.C. § 1983 complaining of unlawful arrest and unlawful search by Officer Sanchez of the Reno Police Department. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 12), recommending the dismissal of this action without prejudice because Mr. Harriel failed to comply with a court order requiring him to update the court on the status of his underlying criminal case, (ECF No. 11). Plaintiff had until September 5, 2023 to file an objection to Judge Denney's R&R. (ECF No. 12 at 4.) To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R and dismisses the present action without prejudice.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one

1 or both parties file objections to the findings and recommendations.") (emphasis
2 in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that
3 the Court "need only satisfy itself that there is no clear error on the face of the
4 record in order to accept the recommendation.").

5 Because there is no objection, the Court need not conduct de novo review
6 and is satisfied Judge Denney did not clearly err. Here, Judge Denney
7 recommends dismissal without prejudice because Mr. Harriel failed to comply
8 with a court order (ECF No. 11) requiring him to update the Court on the status
9 of his underlying criminal case. Mr. Harriel has previously failed to comply with
10 a similar order and has not made any contact with the Court since February of
11 this year. (ECF Nos. 7 (granting Mr. Harriel until May 5, 2023 to amend his
12 Complaint and update the Court on the status of his criminal case).)

13 A court may dismiss an action based on a party's failure to comply with a
14 court order. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992). In
15 determining whether to dismiss an action, a Court must consider: (1) the public's
16 interest in expeditious resolution of litigation; (2) the court's need to manage its
17 docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring
18 disposition of cases on their merits; and (5) the availability of less drastic
19 alternatives. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831
20 (9th Cir. 1986); *Henderson v. Duncan*, 779 F.2d 1421, 1423-24 (9th Cir. 1986);
21 *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987); *Ferdik*, 963 F.2d
22 at 1260-61; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Judge Denney
23 considered each of these factors and found that factors (1), (2), (3), and (5)
24 weighed in favor of dismissal. (ECF No. 12 at 3.) While Judge Denney found
25 factor (4) weighed against dismissal, he concluded it was outweighed by the other
26 factors. He also concluded that dismissal without prejudice was appropriate in
27 light of the Court's prior warning to Mr. Harriel that he risked dismissal if he
28 continued to ignore the Court's orders. (*Id.*) The Court agrees with Judge Denney

1  and concludes that he did not clearly err in recommending dismissal. Having
2  reviewed the R&R and the record in this case, the Court will adopt the R&R in
3  full.
4  \\
5  \\
6  It is therefore ordered that Judge Denney's Report and Recommendation
7  (ECF No. 12) is accepted and adopted in full.
8  It is further ordered that this case is dismissed, without prejudice. The
9  Court Clerk is directed to enter judgment accordingly and close the case.
10  Dated this 21st Day of November 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE